UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00951-WYD

CATHERINE VANDUSEN ZAPIEN,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER

THIS MATTER is before the Court on the Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412(d) filed November 19, 2010.  The motion asserts that the parties have agreed to a compromise settlement of Plaintiff's request for attorney fees pursuant to the Equal Access to Justice Act ["EAJA"] whereby Plaintiff will receive a total EAJA award of $5,500.00.  Having reviewed the Stipulated Motion and file and being fully advised in the premises, I find that the motion should be granted.  Accordingly, it is

ORDERED that the Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412(d) (ECF No. 18) is **GRANTED**.  In accordance therewith, it is

ORDERED that Defendant shall pay EAJA fees to Plaintiff in the amount of $5,500.  Payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel.  Payment of the compromise settlement of $5,500.00 shall constitute a complete release

from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action.  The EAJA award is without prejudice to Plaintiff's attorney's right to seek attorney fees pursuant to section 206(b) of the Social Security Act, 42 U.S. § 406(b), subject to the offset provisions of the EAJA.

Dated November 29, 2010.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge